IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

L.C. GRAVES,

        Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 10-cv-587-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner L.C. Graves' motion for post conviction relief under 28 U.S.C. § 2255 is DENIED.

_____　　　　　　2/8/11
Peter Oppeneer, Clerk of Court　　　　　　Date